UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DELILAH CUMMINGS,

                Defendant.

**Order of Continuance**

**22 Mag. 9611**

---

      Upon the application of the United States of America and the affirmation of Rebecca T. Dell, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18, United States Code, Sections 1343 and 2 in a complaint dated November 29, 2022, and was arrested on November 30, 2022;

      It is further found that the defendant was presented before Magistrate Judge Stewart D. Aaron on November 30, 2022, and the defendant was ordered to be released on bail subject to certain conditions on or about the same day;

      It is further found that Richard Palma, Esq., counsel for the defendant, and Assistant United States Attorneys Kedar S. Bhatia, Rebecca T. Dell, and Derek Wikstrom have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

      It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived her right to be charged in an indictment or information for an additional 30 days; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is:

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until March 31, 2023, and that a copy of this Order and the affirmation of Assistant United States Attorney Rebecca T. Dell be served by email on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       March 1, 2023

_____
JAMES L. COTT
United States Magistrate Judge