# UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------X
UNITED STATES of AMERICA,　　　　　　Docket No.: **22 MJ 09611 (UA)**

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**
-against-　　　　　　　　　　　　　　　　**and Substitution of Counsel**

DELILAH CUMMINGS,

　　　　　Defendant.
--------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance and substitution of Counsel in this case for:

　　**DELILAH CUMMINGS**

　I Certify that I am admitted to practice in the State of New York, Eastern, Northern, Southern and Western Districts of New York.

Dated: New York, NY
　　　　April 18, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　AARON M. GOLDSMITH, ESQ. (AG4773)
　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 715
　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　(914) 588-2679
　　　　　　　　　　　　　　　　　　　(914) 462-3912 (fax)
　　　　　　　　　　　　　　　　　　　*aarongoldsmithlaw@gmail.com*

TO:
　　CLERK OF THE COURT　　　　　　　US ATTORNEY'S OFFICE, SDNY
　　500 Pearl Street　　　　　　　　　　Attn.: Derek Wickstrom, AUSA
　　New York, NY 10007　　　　　　　One St. Andrews Plaza
　　　　　　　　　　　　　　　　　　　New York, NY 10007

# **CERTIFICATION OF MAILING**

      This is to certify that a copy of the foregoing was delivered via electronic means, this 18TH day of April, 2023, in compliance with the local rules of practice and procedure, to the person(s) and/or entities as listed below.

| | |
|---|---|
| CLERK OF THE COURT<br>500 Pearl Street<br>New York, NY 10007 | US ATTORNEY'S OFFICE, SDNY<br>Attn.: Derek Wickstrom, AUSA<br>One St. Andrews Plaza<br>New York, NY 10007 |

The above being the addresses of record in the State of New York.

_____
AARON M. GOLDSMITH (AG4773)