```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
   UNITED STATES OF AMERICA      :    Notice of Intent to File
                                 :    An Information
         - v. -                  :
                                 :
   DELILAH CUMMINGS,             :    23 Cr. _____
                                 :    22 Mag. 9611
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - X
```

**23 CRIM 214**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 20, 2023

                                    DAMIAN WILLLIAMS
                                    United States Attorney

                            By:     *Rebecca Dell* (signature)
                                    _____
                                    Rebecca T. Dell
                                    Assistant United States Attorney


                            AGREED AND CONSENTED TO:

                            By:     *Richard Palma* (signature)
                                    _____
                                    Richard Palma, Esq.
                                    Attorney for Delilah Cummings